ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                           Tel: (212) 571-5500
Robert A. Soloway                                                          Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

December 6, 2022

**By ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Conference is adjourned to December 21, 2023
> at 1:30 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 12/7/2022
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

Re:   United States v. Javon Jones
      11 Cr. 576 (PKC)

Dear Judge Castel:

    I represent Javon Jones in the above-named matter. I write without objection from the government, by AUSA Camille Fletcher, to respectfully request an adjournment of the status conference that is presently scheduled for December 14, 2022 at 11:00 a.m. An adjournment is needed because I am currently on trial before the Honorable Vernon S. Broderick in the matter of *United States v. Sayfullo Saipov*, 17 Cr. 722 (VSB), and am unable to appear at the time of the scheduled conference. It is therefore respectfully requested that the conference be adjourned to December 21, 2022 at 1:30 p.m., a date and time that I understand is convenient for the Court.

    The Court's time and attention to this matter is appreciated.

Respectfully submitted,
/s/
David Stern

cc:   AUSA Camille Fletcher (by ECF)
      USPO Noah Joseph (by Email)