UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                       11 CR 576-08 (PKC)

        -against-                                         ORDER

JAVON JONES,

                          Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        VOSR conference originally scheduled for February 22, 2024 is adjourned to March 27, 2024 at 3:45 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
          February 12, 2024