

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 25, 2024

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Javon Jones*, ~~11 Cr. 435 (NRB)~~ 11 Cr. 576 (PKC)

Dear Judge Castel,

The parties write to request an adjournment of the status conference scheduled for March 27, 2024 at 3:45 p.m. in the above referenced matter. Defense counsel is traveling internationally, and thus is unavailable to appear at that time. We understand that the defendant's state court case, which arises from the same conduct as the pending specifications has been adjourned until May 6, 2024. Accordingly, the parties request that the Court schedule the next status conference for a date after May 6, 2024, to allow the parties to provide the Court with an update on that action.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

VOSR hearing is adjourned from March 27, 2024 to May 14, 2024 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 3/25/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge