

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 14, 2024

**BY ECF**

Status conference is adjourned from May 14, 2024 to May 23, 2024 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
Dated:  May 14, 2024

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

P. Kevin Castel
United States District Judge

**Re:**  ***United States v. Javon Jones*, 11 Cr. 576 (PKC)**

Dear Judge Castel,

   The parties write to request an adjournment of the status conference scheduled for May 14, 2024 at noon, in the above referenced matter. The parties both had scheduling conflicts and were unavailable to appear at that time. We understand from Chambers' staff that the court is available on May 23, 2024 at 11:00 a.m. to hold the proceedings. We would ask that the conference be adjourned to that date and time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383