

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 17, 2024

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Status conference adjourned from October 23, 2024 to January 9, 2025 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 10/18/2024
>
> *P. Kevin Castel*
> United States District Judge

Re:   *United States v. Javon Jones*, 11 Cr. 576 (PKC)

Dear Judge Castel,

    The parties write to request an adjournment of the status conference scheduled for October 23, 2024 at 11:30 a.m., in the above referenced matter. The defendant's next court date in the state court action related to the pending specifications is on or about November 13, 2024. The status of the defendant's state court case may affect the parties' negotiation regarding a resolution of the pending specifications. Accordingly, the parties request that the next conference be scheduled for a date in early January 2025, to allow sufficient time to negotiate a potential resolution.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney


                        by:   *Camille L. Fletcher*
                            Camille L. Fletcher
                            Assistant United States Attorney
                            Southern District of New York
                            (212) 637-2383