UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

JAVON JONES,

              Defendant.
-----------------------------------------------------x

ORDER

11 CR 576 (PKC)

P. Kevin Castel, U.S.D.J.

        VOSR conference is adjourned from January 9, 2025 to February 4, 2025 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
         January 6, 2025