UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :     ORDER
            -against-                   :
                                        :     11 CR 576 (PKC)
JAVON JONES,                            :
                                        :
                  Defendant.            :
-----------------------------------------------------x

P. Kevin Castel, U.S.D.J.

      VOSR conference is adjourned from February 4, 2025 to February 5, 2025 at 2:00 p.m. in Courtroom 11D.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      January 9, 2025