

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

> Status conference scheduled for June 10, 2025 is adjourned to September 30, 2025 at 11:00 a.m.
> SO ORDERED.
> Dated: 6/9/2025
>
> *P. Kevin Castel*
> United States District Judge

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Javon Jones*, 11 Cr. 576 (PKC)

Dear Judge Castel,

The parties write to request an adjournment of the status conference scheduled for June 10 5, 2025 at 12:00 p.m., in the above referenced matter. The defendant's next court date in the state court action related to the pending specifications is on August 27, 2025. The status of the defendant's state court case may affect the parties' negotiation regarding a resolution of the pending specifications. Accordingly, the parties request that tomorrow's conference be adjourned. The parties are available to appear on September 30, 2025 at 11:00 a.m., and understand from Chambers' staff that the Court is also available then. We apologize for the late notice for this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383