**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 7, 2026

Granted.
SO ORDERED.
Dated: 10/7/2026

P. Kevin Castel
United States District Judge

**<u>BY ECF</u>**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Javon Jones*, 11 Cr. 576 (PKC)**

Dear Judge Castel,

The Government writes to advise the Court that the defendant, Javon Jones, died on May 24, 2026. *See* Exhibit A, Death Notice. Accordingly, the Government respectfully requests that the pending specifications be dismissed and the case be closed.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: <u>Camille L. Fletcher</u>
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

# Death Notification

***To ORI: NY030027G***
***US Probation - New York Office - May 26, 2026 10:31 am***
***NYSID:03261176J***

---

**According to our records the following individual is currently under your agency's supervision.**
**This notification was disseminated due to receipt of a Death Fingerprint card.**

---




**Information Associated with Image**
Event Date: May 24, 2026

## Death Information

### Dead Print

| | |
|---|---|
| **Reporting Agency:** | NYC - Medical Examiner |
| **Date of Death:** | May 24, 2026 |
| **Date of Death Reported:** | May 26, 2026 |
| **Dead Number:** | D66312 |
| **Name:** | UNKNOWN UNKNOWN |
| **Date of Birth:** | October 24, 1991 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Unknown |

---

## Interstate Probation Information

| | |
|---|---|
| **Name:** | JAVON JONES |
| **Date of Birth:** | October 24, 1991 |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Placed on Probation:** | November 16, 2020 |
| **Max Expiration Date:** | November 15, 2025 |
| **Supervision Agency:** | US Probation - New York Office |
| **Probation Officer ID:** | 00000UN107 |
| **Probation Case Number:** | 00000000000000062329 |
| **Probation Discharge Date:** | |
| **Transferred From:** | New York |
| **Probation Registration Number:** | 4068373 |

---